# United States v. Roberto Adams, 2021-cr-625 (APM)
# Production #2
# Discovery Log re. FBI Case File
# 3/1/2022

| DESCRIPTION | BATES RANGE |
|---|---|
| FD-1087a (U) DEWF26_BACKUP: Disc contains backup phone extraction Samsung Phone | FBI-CASEFILE-000011189-11190 |
| FD-1087a Discs contain backup phone extracition and report Apple Iphone X | FBI-CASEFILE-000011191-11192 |
| FD-1087a Disc contain backup of extraction and report Apple Ipad 2 | FBI-CASEFILE-000011193-11194 |
| FD-1087 Western Digital 500 GB HDD mobile extractions for Apple iphone 12 and Apple IMAC | FBI-CASEFILE-000011195-11196 |
| FD-1087a Seagate hard disk drive, Z3TESLCF, containing full file system extraction Apple iphone X | FBI-CASEFILE-000011197-11198 |
| FD-1087a (U) CART Results Copy DVD-R Cellebrite Reader Data Tag Apple iPhone 12 | FBI-CASEFILE-000011199-11200 |
| FD-1087a (U) CART discovery copies: DEWF15_Tags_Report_Discovery and DEWF16_HDD_Discovery | FBI-CASEFILE-000011201-11202 |
| FD-1087a (U) CART Results Copy - DEWF16_Tags_Report | FBI-CASEFILE-000011203-11204 |
| FBI 302 Agent received Subpoena return from Bluevine Capital Inc | FBI-CASEFILE-000011205 |
| Physical 1A/1C Cover Sheet for Bluevine Capital Inc. | FBI-CASEFILE-000011206 |
| FBI 302 Agent received Subpoena return from Bank of America | FBI-CASEFILE-000011207 |
| Copy of Roberto Adams Bank of America subpoena return | FBI-CASEFILE-000011208-11223 |
| Forensic Accountant Follow up re. Bank of America file | FBI-CASEFILE-000011224 |
| Letter from Bank of America | FBI-CASEFILE-000011225-11226 |
| Copy of Grand Jury subpoena to Bank of America | FBI-CASEFILE-000011227-11234 |
| Copy of submission of Grand Jury subpoena request to Charter Communications Inc. | FBI-CASEFILE-000011235 |
| Copy of Grand Jury subpoena to Charter Communications Inc. | FBI-CASEFILE-000011236-11243 |
| Email from Wireless Data SPCO to SA DeFillippis | FBI-CASEFILE-000011244 |
| Copy of Grand Jury subpoena to AT&T Wireless | FBI-CASEFILE-000011245-11251 |
| Copy of Grand Jury subpoena to Service Provider Corporation | FBI-CASEFILE-000011252-11259 |
| Copy of Grand Jury subpoena to Comcast | FBI-CASEFILE-000011260-11267 |

# United States v. Roberto Adams, 2021-cr-625 (APM)
# Production #2
# Discovery Log re. FBI Case File
# 3/1/2022

| DESCRIPTION | BATES RANGE |
|---|---|
| Copy of Grand Jury subpoena to AT&T Wireless | FBI-CASEFILE-000011268-11275 |
| Copy of Grand Jury subpoena to Verizon Wireless | FBI-CASEFILE-000011276-11283 |
| FBI 302 Agent received subpoena response from Verizon Wireless | FBI-CASEFILE-000011284 |
| Copy of Declaration of Custodian of Records from Verizon Wireless | FBI-CASEFILE-000011285 |
| Excel spreadsheet of IP Addresses | FBI-CASEFILE-000011286 |
| Copy of Grand Jury subpoena to Verizon Wireless | FBI-CASEFILE-000011287-11295 |
| Verizon Wireless Grand Jury subpoena response | FBI-CASEFILE-000011296 |
| Verizon Native File | FBI-CASEFILE-000011297 |
| Copy of Grand Jury subpoena to Verizon Wireless | FBI-CASEFILE-000011298-11306 |
| Copy of Grand Jury subpoena to Home Advisor | FBI-CASEFILE-000011307-11311 |
| FBI 302 Agent received subpoena response from Comcast | FBI-CASEFILE-000011312 |
| Copy of Comcast Grand Jury subpoena return | FBI-CASEFILE-000011313-11318 |
| FBI 302 Agent received USAA Grand Jury subpoena return | FBI-CASEFILE-000011319 |
| Copy of USAA Grand Jury subpoena return | FBI-CASEFILE-000011320-11410 |
| Copy of email from USAA | FBI-CASEFILE-000011411 |
| USAA Declaration of Records | FBI-CASEFILE-000011412 |
| Copy of Grand Jury subpoena to Google | FBI-CASEFILE-000011413-11420 |
| FBI 302 Agent received Grand Jury subpoena return from Service Provider Corporation | FBI-CASEFILE-000011421 |
| Email related to Service Provider Corporation | FBI-CASEFILE-000011422 |
| Copy of Grand Jury subpoena to Benworth Capital | FBI-CASEFILE-000011423-11428 |
| FD-1036 GJ Subpoena to Harvest Small Business Finance LLC | FBI-CASEFILE-000011429 |
| Copy of GJ Subpoena to Harvest Small Business Finance | FBI-CASEFILE-000011430-11435 |
| Copy of GJ Subpoena to Harvest Small Business Finance | FBI-CASEFILE-000011436-11441 |
| Copy of GJ Subpoena to Square Inc. | FBI-CASEFILE-000011442-11450 |
| FBI 302 Agent received Grand Jury subpoena response from Verizon Wireless | FBI-CASEFILE-000011451 |
| Letter from Verizon Wireless | FBI-CASEFILE-000011452 |
| Copy of Grand Jury subpoena to SuperKlean LLC | FBI-CASEFILE-000011453-11459 |
| Copy of Grand Jury subpoena to Comcast Cable Communications | FBI-CASEFILE-000011460-11467 |
| Copy of Grand Jury subpoena to Block, Inc. | FBI-CASEFILE-000011468-11476 |

# United States v. Roberto Adams, 2021-cr-625 (APM)
# Production #2
# Discovery Log re. FBI Case File
# 3/1/2022

| DESCRIPTION | BATES RANGE |
|---|---|
| FBI 302 Agent reissued previous subpoena to Block, Inc. | FBI-CASEFILE-000011477 |
| Email from Agent to Maryland Dept of Taxation | FBI-CASEFILE-000011478 |
| Copy of Grand Jury subpoena to Maryland Dept of Assessments and Taxation | FBI-CASEFILE-000011479-11483 |
| Email from Agent to Maryland Dept of Taxation | FBI-CASEFILE-000011484 |
| Copy of Grand Jury subpoena to Maryland Dept of Assessments and Taxation | FBI-CASEFILE-000011485 |
| Copy of Bucksmons Tax Service | FBI-CASEFILE-000011490-11497 |
| FBI 302 Agent received Grand Jury subpoena return from MD Dept of Assesments and Taxation | FBI-CASEFILE-000011498 |
| Copy of GJ Subpoena return from MD Dept of Assesments and Taxation | FBI-CASEFILE-000011499-11500 |
| FBI 302 Agent received subpoena return from Home Advisor, Inc. | FBI-CASEFILE-000011503 |
| Copy of GJ Subpoena return from HomeAdvisor | FBI-CASEFILE-000011504-11512 |
| Copy of GJ Subpoena request to Fleetcor | FBI-CASEFILE-000011513-11519 |
| FD-1036 GJ Subpoena served to MD Department of Labor | FBI-CASEFILE-000011520-11521 |
| Copy of GJ Subpoena to MD Department of Labor Licensing and Regulation | FBI-CASEFILE-000011522-11527 |
| Copy of GJ Subpoena to MD Department of Labor Licensing and Regulation | FBI-CASEFILE-000011528-11533 |
| FD-1036 Subpoena served on First Premier Bank | FBI-CASEFILE-000011534 |
| Copy of GJ Subpoena to First Premier Bank | FBI-CASEFILE-000011535-11543 |
| Copy of GJ Subpoena to First Premier Bank | FBI-CASEFILE-000011544-11552 |
| Physical 1A/1C Cover Sheet for MD Department of Assessments and Taxation | FBI-CASEFILE-000011553 |
| Copy of GJ Subpoena return from State of Maryland Department of Assessments and Taxations | FBI-CASEFILE-000011554-11557 |
| FBI 302 Agent received subpoena return from FleetCor | FBI-CASEFILE-000011558 |
| Copy of FleetCor GJ Subpoena Return | FBI-CASEFILE-000011559-11571 |
| FBI 302 Agent received subpoena response from Bank of America re. SuperKlean | FBI-CASEFILE-000011572 |
| Copy of Bank of America GJ Subpoena return | FBI-CASEFILE-000011573-11622 |
| FBI 302 Agent received Subpoena response from Benworth Capital | FBI-CASEFILE-000011622 |
| Copy of Benworth Capital GJ Subpoena return | FBI-CASEFILE-000011623-11661 |

# United States v. Roberto Adams, 2021-cr-625 (APM)
## Production #2
## Discovery Log re. FBI Case File
## 3/1/2022

| DESCRIPTION | BATES RANGE |
|---|---|
| FBI 302 Agent received GJ subpoena return from Harvest Small Business Finance LLC | FBI-CASEFILE-000011661 |
| GJ Subpoena return from Harvest Small Business Finance | FBI-CASEFILE-000011662-11789 |
| FD-1087a Submission of CART backup of 1B28 | FBI-CASEFILE-000011790-11791 |
| FD-1036 FEDEX Proof of Delivery | FBI-CASEFILE-000011792 |
| FEDEX Delivery Receipt | FBI-CASEFILE-000011793-11794 |
| FEDEX Delivery Receipt | FBI-CASEFILE-000011795-11796 |
| FD-1057 Lead covered with search warrant executed on 10/01/2021 | FBI-CASEFILE-000011797 |
| FBI 302 Agent called Gerrika Bunche to return property | FBI-CASEFILE-000011798 |
| FD-597 FBI Receipt for Property | FBI-CASEFILE-000011799 |
| FBI 302 Interview with Jacoby Taylor on October 6, 2021 | FBI-CASEFILE-000011800 |
| Agent handwritten notes Interview with Jacoby Taylor | FBI-CASEFILE-000011801 |
| Final Disposition (chain of custody) | FBI-CASEFILE-000011802 |
| FD-1004 FBI Evidence of Chain of Custody | FBI-CASEFILE-000011803-11807 |
| FD-1057 Document Filter Review | FBI-CASEFILE-000011808-11810 |
| FD-1087a (U) CART Results Copy - DEWF15_Tags_Report | FBI-CASEFILE-000011811-11812 |
| FD-1086a (U) CART discovery copies: DEWF15_Tags_Report | FBI-CASEFILE-000011813-11814 |
| FBI 302 January 18, 2022 Agent inadvertently checked-out from the NVRA ECC | FBI-CASEFILE-000011815 |
| FBI Fedex Receipt | FBI-CASEFILE-000011816 |
| FD-587 FBI Receipt for Property | FBI-CASEFILE-000011817 |
| FD-1087a (U) Submission of evidence related to CART Submission | FBI-CASEFILE-000011818-11819 |
| FD-1057 (U) To cut lead to Raleigh RA for interview assistance | FBI-CASEFILE-000011820-11821 |
| FD-1087 (U) CART Results Copy - DEWF16 Tags_Report | FBI-CASEFILE-000011822-11823 |
| FD-1087a (U) Submission of evidence related to CART Submission | FBI-CASEFILE-000011824-11825 |
| FBI 302 February 1, 2022 Interview with Charles Nelson | FBI-CASEFILE-000011826 |
| Agent handwritten notes | FBI-CASEFILE-000011827 |

# United States v. Roberto Adams, 2021-cr-625 (APM)
## Production #2
## Discovery Log re. FBI Case File
## 3/1/2022

| DESCRIPTION | BATES RANGE |
|---|---|
| Agent handwritten notes re. Interview with Riccardo Thomas | FBI-CASEFILE-000011828 |
| FBI 302 February 1, 2022 Interview with Riccardo Thomas | FBI-CASEFILE-000011829 |
| SuperKlean Office Cleaning Invoice | FBI-CASEFILE-000011830 |
| FBI 302 February 1, 2022 Interview with Mary Holmes | FBI-CASEFILE-000011831 |
| Agent handwritten notes re. Interview tih Joseph Holmes | FBI-CASEFILE-000011832 |
| Agent handwritten notes | FBI-CASEFILE-000011833 |
| Mathilda and Joseph Holmes Mobility check *(sensitive)* | FBI-CASEFILE-000011834 |
| Mathilda Holmes Mobility check *(Sensitive)* | FBI-CASEFILE-000011835 |
| Copy of check from Joseph Holmes to SuperKlean | FBI-CASEFILE-000011836 |
| FD-1087a (U) Submission of evidence related to CART Submission | FBI-CASEFILE-000011837-11838 |
| FD-1057 (U) Remove item from Evidence | FBI-CASEFILE-000011839 |
| FD-597 FBI Receipt for Property for Samsung cell phone and White Iphone | FBI-CASEFILE-000011840 |
| FD-1087 (U) Samsung cell phone IMEI | FBI-CASEFILE-000011841-11849 |
| FD-1087 (U) DEWF15_Tags_Report Discovery | FBI-CASEFILE-000011850-11852 |
| FD-1036 (U) Email regarding Roberto Adams Part time work authorizations | FBI-CASEFILE-000011853 |
| Email regarding Roberto Adams Part time work authorizations | FBI-CASEFILE-000011854-11855 |
| FBI 302 February 4, 2022, Agent requested SBA loans | FBI-CASEFILE-000011856 |
| SBA Loans received by Nikkia Brown | FBI-CASEFILE-000011857-11862 |
| FBI 302 February 9, 2022 Agent searched public databases | FBI-CASEFILE-000011863 |
| Sashana Blair NCIC Check *(sensitive)* | FBI-CASEFILE-000011864-11865 |
| Photo of Sashana Blair | FBI-CASEFILE-000011866 |
| Comprehensive Report | FBI-CASEFILE-000011867-11922 |
| FD-1036 UNET Email - Email Sent on UNET | FBI-CASEFILE-000011923 |
| Copies of emails from MPD | FBI-CASEFILE-000011924-11927 |
| FD-1087a (U) Submission of CART backup phone extraction and report | FBI-CASEFILE-000011928-11929 |
| FD-1087a (U) Submission of CART backup phone extraction and report | FBI-CASEFILE-000011930-11931 |

# United States v. Roberto Adams, 2021-cr-625 (APM)
## Production #2
## Discovery Log re. FBI Case File
## 3/1/2022

| DESCRIPTION | BATES RANGE |
| --- | --- |
| FD-1087a (U) Submission of CART backup extraction and report of Apple iPad | FBI-CASEFILE-000011932-11933 |
| FD-1087a (U) CART Master Copy | FBI-CASEFILE-000011934-11935 |
| FD-1087a (U) Submission of CART backup of 1B26 for Submission ID | FBI-CASEFILE-000011936-11937 |
| FD-1087a (U) CART Results Copy - DEWF15_Tags_Report | FBI-CASEFILE-000011938-11939 |
| FD-1087a (U) CART discovery copies: DEWF15_Tags_Report_Discovery and DEWF16_HDD_Discovery | FBI-CASEFILE-000011940-11941 |
| FD-1087a (U) CART Results Copy - DEWF16_Tags_Report | FBI-CASEFILE-000011942-11943 |
| FD-1087a (U) FEDEX Proof of Delivery | FBI-CASEFILE-000011944 |
| Copy of Fedex receipt | FBI-CASEFILE-000011945-11946 |
| FD-1057 (U//FOUO) Lead covered | FBI-CASEFILE-000011947 |
| FBI 302 October 6, 2021 Agent called Gerrika Bunche to return property | FBI-CASEFILE-000011948 |
| FBI 302 October 6, 2021 Interview with Jacoby Taylor | FBI-CASEFILE-000011949 |
| FD-1057 (U) Final disposition (chain of custody) | FBI-CASEFILE-000011950 |
| FD-1057 (U//FOUO) Document Filter Review | FBI-CASEFILE-000011951-11953 |
| FBI 302 January 18, 2022 Agent inadvertently checked-out from the NVRA ECC | FBI-CASEFILE-000011954 |
| FD-1087a (U) Submission of evidence related to CART Submission | FBI-CASEFILE-000011955-11956 |
| FD-1057 (U) To cut lead to Raleigh RA for interview assistance | FBI-CASEFILE-000011957-11958 |
| FD-1087a (U) Submission of evidence related to CART Submission | FBI-CASEFILE-000011959-11960 |
| FBI 302 February 1, 2022 Interview with Charles Nelson | FBI-CASEFILE-000011961 |
| FBI 302 February 1, 2022 Interview with Dr. Riccardo Thomas | FBI-CASEFILE-000011962 |
| FBI 302 February 1, 2022 Interview with Mary Holmes | FBI-CASEFILE-000011963 |
| FD-1087a (U) Submission of evidence related to CART Submission | FBI-CASEFILE-000011964-11965 |
| FD-1057 (U) Remove item from Evidence | FBI-CASEFILE-000011966 |
| FD-1036 (U) Email from Gary Ciappa | FBI-CASEFILE-000011967 |

# United States v. Roberto Adams, 2021-cr-625 (APM)
# Production #2
# Discovery Log re. FBI Case File
# 3/1/2022

| DESCRIPTION | BATES RANGE |
|---|---|
| Copy of MPD Email | FBI-CASEFILE-000011968 |
| FBI 302 February 4 ,2022 Agent requested SBA Loan files | FBI-CASEFILE-000011969 |
| FBI 302 February 9, 2022 Agent checked public databases | FBI-CASEFILE-000011970 |
| FD-1036 UNET Email - Email Sent on UNET | FBI-CASEFILE-000011971 |
| Emails from MPD | FBI-CASEFILE-000011972-11973 |
| FD-1036 GJ Subpoena to Charter Communications Inc. | FBI-CASEFILE-000011974-11975 |
| FD-1036 GJ Subpoena to AT&T | FBI-CASEFILE-000011976-11977 |
| FD-1036 GJ Subpoena to Service Provider Corporation | FBI-CASEFILE-000011978-11979 |
| FD-1036 GJ Subpoena to Comcast Cable Communications | FBI-CASEFILE-000011980-11981 |
| FD-1036 GJ Subpoena to AT&T | FBI-CASEFILE-000011982 |
| FD-1036 GJ Subpoena to Verizon Wireless (IP address records) | FBI-CASEFILE-000011983 |
| FD-1036 GJ Subpoena to Verizon Wireless (IP address records) | FBI-CASEFILE-000011984 |
| FD-1036 GJ Subpoena to HomeAdvisor | FBI-CASEFILE-000011985 |
| FD-1036 GJ Subpoena to Google LLC | FBI-CASEFILE-000011986 |
| FD-1036 GJ Subpoena to Benworth Capital | FBI-CASEFILE-000011987 |
| FD-1036 GJ Subpoena to Harvest Small Business Finance LLC | FBI-CASEFILE-000011988 |
| FD-1026 GJ Subpoena to Square Cash App | FBI-CASEFILE-000011989 |
| FD-1036 GJ Subpoena to SuperKlean LLC | FBI-CASEFILE-000011990-11991 |
| FD-1036 GJ Subpoena to Comcast Cable Communications | FBI-CASEFILE-000011992 |
| FD-1036 GJ Subpoena to Block, Inc. | FBI-CASEFILE-000011993 |
| FD-1036 GJ Subpoena to Maryland Department of Assessments and Taxation | FBI-CASEFILE-000011994-11995 |
| FD-1036 GJ Subpoena to Buckmons Tax Service | FBI-CASEFILE-000011996 |
| FD-1036 GJ Subpoena to FleetCor | FBI-CASEFILE-000011997-11998 |
| FD-1036 GJ Subpoena on First Premier Bank | FBI-CASEFILE-000011999 |
| FD-1036 Letter incoming | FBI-CASEFILE-000012000-120001 |
| FD-1036 Additional GJ Subpoena to Charter Communications | FBI-CASEFILE-000012002-120003 |
| FD-1036 Additional GJ Subpoena to AT&T | FBI-CASEFILE-000012004-12005 |

# United States v. Roberto Adams, 2021-cr-625 (APM)
## Production #2
## Discovery Log re. FBI Case File
## 3/1/2022

| DESCRIPTION | BATES RANGE |
|---|---|
| FD-1036 GJ Subpoena to Service Provider Corporation | FBI-CASEFILE-000012006-12007 |
| FD-1036 GJ Subpoena to Comcast Cable Communications | FBI-CASEFILE-000012008-12009 |
| FD-1036 GJ Subpoena to AT&T | FBI-CASEFILE-000012010 |
| FD-1036 GJ Subpoena to Verizon Wireless (IP address records) | FBI-CASEFILE-000012011 |
| FD-1036 GJ Subpoena to Verizon Wireless | FBI-CASEFILE-000012012 |
| FD-1036 GJ Subpoena to HomeAdvisor | FBI-CASEFILE-000012013 |
| FD-1036 GJ Subpoena to Google LLC | FBI-CASEFILE-000012014 |
| FD-1036 GJ Subpoena to Benworth Capital | FBI-CASEFILE-000012015 |
| FD-1036 GJ Subpoena to Square Cash App | FBI-CASEFILE-000012016 |
| FD-1036 GJ Subpoena to SuperKlean LLC | FBI-CASEFILE-000012017-12018 |
| FD-1036 GJ Subpoena to Comcast Cable Communications | FBI-CASEFILE-000012019 |
| FD-1036 GJ Subpoena to Block, Inc. | FBI-CASEFILE-000012020 |
| FD-1036 GJ Subpoena to Maryland Department of Assessments and Taxation | FBI-CASEFILE-000012021-12022 |
| FD-1036 GJ Subpoena to Buckmons Tax Service | FBI-CASEFILE-000012023 |
| FD-1036 GJ Subpoena to FleetCor | FBI-CASEFILE-000012024-12025 |
| FD-1036 GJ Subpoena to MD DOLR | FBI-CASEFILE-000012026-12027 |
| FD-1036 GJ Subpoena to First Premier Bank | FBI-CASEFILE-000012028 |
| FD-1036 GJ Subpoena to Maryland Department of Assessments and Taxation | FBI-CASEFILE-000012029-12030 |