**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ROBERTO ADAMS,** <br><br> **Defendant.** | **No. 21-CR-625 (APM)** |

**UNITED STATES'S UNOPPOSED MOTION**
**TO CONTINUE STATUS CONFERENCE**

  The United States of America by and through its attorney, the United States Attorney for the District of Columbia, requests that the Court continue the status conference in this matter until June 29, 2022 at 9 AM, and that the Court exclude the time until the next status conference date from the calculations under the Speedy Trial Act. 18 U.S.C. § 3161. The Defendant does not oppose this motion. In support of this request, the Government notes the following:

  1. On October 12, 2021, a grand jury returned a one-count indictment charging the Defendant with Bank Fraud, in violation of Title 18, United States Code, Section 1344. (Dkt. 8)

  2. On October 20, 2021, the Defendant was arraigned on the indictment, a status conference was set for January 20, 2022, and the Court excluded time between October 20, 2021 and January 20, 2022 for purposes of the Speedy Trial Act.

  3. On January 20, 2022, the Court held a status conference, a status conference was set for March 25, 2022, and the Court excluded time between January 20, 2022 and March 25, 2022 for purposes of the Speedy Trial Act.

4.      On March 25, 2022, the Court held a status conference, a status conference was set for June 23, 2022, and the Court excluded time between March 25, 2022 and June 23, 2022 for purposes of the Speedy Trial Act.

5.      Undersigned counsel will be out of the country on June 23, 2022 and will return on June 27, 2022.

6.      The Government asks that Court reschedule the status conference for June 29, 2022 at 9 AM and excludes time under the Speedy Trial Act because "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Defendant does not object to these requests.

WHEREFORE, the Government requests—with no objection from the defense—that the Court continue the status conference in this matter until June 29, 2022 at 9 AM, and that the Court excludes time between today and the hearing date from calculations under the Speedy Trial Act.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney

By:     _____
        Joshua S. Rothstein
        Assistant United States Attorney
        N.Y. Bar Number 4453759
        601 D Street, N.W.
        Washington, D.C. 20539
        Office: 202-252-7164
        Joshua.Rothstein@usdoj.gov

May 5, 2022