UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ROBERTO ADAMS,**<br><br>Defendants. | **Case No. 21-cr-625** |

## NOTICE TO WITHDRAW

    Undersigned counsel respectfully seeks leave of the Court to withdraw as counsel of record in this case. Effective May 1, 2025, undersigned counsel will no longer serve as counsel of record in this matter.

    Respectfully submitted,

    EDWARD R. MARTIN, JR.
    United States Attorney

By:    */s/Madhu Chugh*
        Madhu Chugh
        DC Bar No. 992122
        Assistant United States Attorney
        601 D St. NW
        Washington, DC 20530
        (202) 252-6718
        Madhu.Chugh@usdoj.gov