## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ROBERTO ADAMS,

Defendant.

No. 21-CR-625 (APM)

## VERDICT FORM

### Count 1

I.  How do you find Defendant Roberto Adams on the charge of Wire Fraud in Count 1 of the indictment?

_____☒_____ Guilty            _____ Not Guilty

### Count 2

II.  How do you find Defendant Roberto Adams on the charge of Expenditure Money Laundering in Count 2 of the indictment?

_____ Guilty            _____☒_____ Not Guilty

_____06/08/2026_____
Date

Foreperson Signature